UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Nos. RDB-19-cr-144 & RDB-23-cv-1720 |
| **CORTEZ WEAVER** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

I, Maggie Grace, hereby state the following:

1. My name is Maggie Grace.

2. I am an attorney with the Office of the Federal Public Defender for the District of Maryland.

3. My position is Assistant Federal Public Defender.

4. Along with then-Assistant Federal Public Defender Brendan A. Hurson and Assistant Federal Public Defender Amy Steffan Fitzgibbons, I served as Mr. Cortez Weaver's attorney in Case No. RDB-19-144.

5. I am providing this affidavit and the information contained herein pursuant to the Court's order. *See* ECF No. 230.

6. To the best of my knowledge, information, recollection, and belief, Mr. Weaver did not request that I or any member of my Office file a notice of appeal that the Office subsequently failed to file. Then-Assistant Federal Public Defender Brendan Hurson informed Mr. Weaver over video on February 8, 2021, of his appellate rights and his obligation to pay the special assessment. On February 11, 2021, Mr. Hurson filed a letter with the Court stating the same. *See* ECF No. 165. At some time following Mr. Hurson's video legal visit, I had a video legal visit with Mr. Weaver. Mr. Weaver did not request that I file a notice of appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/15/23

Maggie Grace (#29905)