

## United States v. Cortez Weaver, RDB-19-0144

## Government's Exhibit List

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Cortez Weaver Plea Agreement | | |
| 2 | Transcript of Weaver Rearraignment | | |
| 3 | Transcript of Weaver Sentencing | | |
| 4 | 2.11.21 Letter from AFPD Hurson to Judge Bennett | | |
| 5 | 9.15.23 Affidavit by AFPD Grace | 12/5/2023 | 12/5/2023 |
| 6a | 11.13.18 Weaver Recorded Statement – Part 1 | | |
| 6b | 11.13.18 Weaver Recorded Statement – Part 2 | | |
| 6c | 11.13.18 Weaver Recorded Statement - Transcript | | |
| 7 | 7.17.17 Excerpt from Sunoco Surveillance Footage | | |